PEOPLE v. BUTLER

Appeal from Recorder's Court of Detroit, Samuel H. Olsen, J. Submitted Division 1 February 5, 1971, at Detroit. (Docket No. 9678.) Decided May 25, 1971. Leave to appeal denied, 385 Mich 777.

Leonard Butler was convicted of first-degree murder. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Angelo A. Pentolino,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: J. H. GILLIS, P. J., and R. B. BURNS and LEVIN, JJ.

PER CURIAM. The defendant, Leonard Butler, appeals his conviction by a jury of first-degree murder. MCLA § 750.316 (Stat Ann 1971 Cum Supp § 28.548). None of the assignments of error were preserved for appeal by objection at the trial level. We have nonetheless studied them. They are without merit.

Affirmed.